within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–584. IN RE DISBARMENT OF FAWELL. It is ordered that Michael K. Fawell, of Wheaton, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–585. IN RE DISBARMENT OF REYNOLDS. It is ordered that John Francis Reynolds, of Oak Brook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–586. IN RE DISBARMENT OF SELIGMAN. It is ordered that Stanley L. Seligman, of Hollywood, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–587. IN RE DISBARMENT OF LITTERER. It is ordered that George E. Litterer, of Media, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–558. O'CONNOR ET UX. v. UNITED STATES;
No. 85–559. COPLIN ET UX. v. UNITED STATES; and
No. 85–560. MATTOX ET UX. v. UNITED STATES. C. A. Fed. Cir. [Certiorari granted, 474 U. S. 1050.] Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 85–608. ILLINOIS v. KRULL ET AL. Sup. Ct. Ill. [Certiorari granted, 475 U. S. 1080.] Motion of petitioner for leave to file reply brief out of time granted.

No. 85–1277. SCHOOL BOARD OF NASSAU COUNTY, FLORIDA, ET AL. v. ARLINE. C. A. 11th Cir. [Certiorari granted, 475 U. S. 1118.] Motion of respondent for divided argument to permit American Public Health Association to argue as amicus curiae denied.